**Joseph M. FULTON, Plaintiff–Appellant,**

v.

**William W. MUSE, Chairman, Virginia Parole Board, Defendant–Appellee.**

No. 12–7559.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 17, 2013.

Decided: Jan. 22, 2013.

Joseph M. Fulton, Appellant pro se. Richard Carson Vorhis, Senior Assistant Attorney General, Richmond, Virginia, for Appellee.

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph M. Fulton appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*